# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ISIAH MCCORD, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:15-cv-68 |
| | * | |
| v. | * | |
| | * | |
| HOMER BRYSON, Commissioner of the | * | |
| Georgia Department of Corrections, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's June 1, 2016, Report and Recommendation, dkt. no. 21, to which Petitioner Isiah McCord ("McCord") has filed Objections, dkt. no. 22. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** McCord's Objections. Consequently, the Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES without prejudice** McCord's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, and **DENIES** McCord leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11 day of July, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA